## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**SHERRY BUSBY**                                                                          **PLAINTIFF**

**v.**                                                                  **CAUSE NO. 1:12CV92-LG-JMR**

**ADAMS HOMES, LLC; DON ADAMS;**
**and WAYNE ADAMS**                                                       **DEFENDANTS**

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS

**BEFORE THE COURT** is the Unopposed Motion to Dismiss [18] filed by

plaintiff, Sherry Busby.  In a Memorandum Opinion and Order [15] entered on July

24, 2012, this Court granted the defendants' Motion to Compel Arbitration.

Because a judgment has been entered in the arbitration proceeding, the parties

agree that this lawsuit should now be dismissed.  After reviewing the Motion, the

record in this matter, and the arbitration judgment, the Court finds that the Motion

to Dismiss should be granted, and this lawsuit should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Unopposed

Motion to Dismiss [18] filed by plaintiff, Sherry Busby, is **GRANTED**.  This lawsuit

is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2014.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge