IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHERRY BUSBY**                                                                          **PLAINTIFF**

v.                                                    CAUSE NO. 1:12CV92-LG-JMR

**ADAMS HOMES, LLC; DON ADAMS;**
**and WAYNE ADAMS**                                                **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Unopposed Motion to Dismiss [18] filed by the plaintiff, Sherry Busby, the Court, after a full review and consideration of the plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order granting Unopposed Motion to Dismiss entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2014.

                                                           s/ *Louis Guirola, Jr.*
                                                           Louis Guirola, Jr.
                                                           Chief United States District Judge